FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D21-1143
_____

AKEEM COLLINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

September 14, 2022

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and B.L. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Akeem Collins, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.